# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Able Home Health, LLC

                        Plaintiff,

v.                                       Case No.: 1:16–cv–01857
                                       Honorable Sidney I. Schenkier

Northwest Therapy Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 29, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: The parties report that the case has settled, and that they expect to file a stipulation to dismiss by 7/01/16. Accordingly, the status hearing with the magistrate judge set for 6/30/16 is stricken. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.