**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Able Home Health, LLC

                      Plaintiff,

v.                                      Case No.: 1:16–cv–01857
                                         Honorable Sidney I. Schenkier

Northwest Therapy Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2016:

       MINUTE entry before the Honorable Sidney I. Schenkier: Pursuant to the parties' stipulation (doc. #[42]), the case is dismissed with prejudice and with each side to bear its own fees and costs. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.